DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISAIAS MALDONADO-SOLORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )<br>      v.                        )<br>                                )<br>ISAIAS MALDONADO-SOLORIO,       )<br>                                )<br>            Defendant.          )<br>_____ ) | No. 2:10-CR-0125 JAM<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  July 13, 2010<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, ISAIAS MALDONADO-SOLORIO, that the status conference scheduled for June 8, 2010, may be continued to July 13, 2010, at 9:30 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. To afford time to receive those records and to review, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask

the Court to exclude time under the Speedy Trial Act from the date of this order through July 13, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                Respectfully submitted,

                DANIEL J. BRODERICK
                Federal Defender

Dated: June 4, 2010      /s/ Benjamin Galloway
                BENJAMIN GALLOWAY
                Assistant Federal Defender
                Attorney for ISAIAS MALDONADO-SOLORIO

                BENJAMIN B. WAGNER
                United States Attorney

Dated: June 4, 2010      /s/ B. Galloway for M. Anderson
                MICHAEL D. ANDERSON
                Assistant U.S. Attorney

**O R D E R**

The status conference is continued to July 13, 2010, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through July 13, 2010.

IT IS SO ORDERED.

Dated: June 7, 2010      /s/John A. Mendez
                HON. JOHN A. MENDEZ
                United States District Judge