DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISAIAS MALDONADO-SOLORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-CR-0125 JAM |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| ISAIAS MALDONADO-SOLORIO, | ) |
| Defendant. | ) Date: August 10, 2010 |
| | ) Time: 9:30 a.m. |
| _____ | ) Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, ISAIAS MALDONADO-SOLORIO, that the status conference scheduled for July 13, 2010, may be continued to August 10, 2010, at 9:30 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act

from the date of this order through August 10, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

              Respectfully submitted,

              DANIEL J. BRODERICK
              Federal Defender

Dated: July 12, 2010      /s/ Benjamin Galloway
              BENJAMIN GALLOWAY
              Assistant Federal Defender
              Attorney for ISAIAS MALDONADO-SOLORIO

              BENJAMIN B. WAGNER
              United States Attorney

Dated: July 12, 2010      /s/ B. Galloway for M. Anderson
              MICHAEL D. ANDERSON
              Assistant U.S. Attorney

**O R D E R**

The status conference is continued to August 10, 2010, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 10, 2010.

IT IS SO ORDERED.

Dated: July 12, 2010      /s/ John A. Mendez
              HON. JOHN A. MENDEZ
              United States District Judge

Stip. & Order          2