DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISAIAS MALDONADO-SOLORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-CR-0125 JAM |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| ISAIAS MALDONADO-SOLORIO, | ) | |
| | ) | |
| Defendant. | ) | Date: September 7, 2010 |
| | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, ISAIAS MALDONADO-SOLORIO, that the status conference scheduled for August 10, 2010, may be continued to September 7, 2010, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act

from the date of this order through September 7, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                           Respectfully submitted,

                                           DANIEL J. BRODERICK
Federal Defender

Dated:  August 5, 2010                    /s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for ISAIAS MALDONADO-SOLORIO

                                           BENJAMIN B. WAGNER
United States Attorney

Dated:  August 5, 2010                    /s/ Michele Beckwith for M. Anderson
MICHAEL D. ANDERSON
Assistant U.S. Attorney

## **O R D E R**

The status conference is continued to September 7, 2010, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through September 7, 2010.

IT IS SO ORDERED.

Dated: August 5, 2010                     /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge