1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ISAIAS MALDONADO-SOLORIO
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,        ) No. 2:10-CR-0125 JAM
                                    )
13                Plaintiff,        )
                                    ) **STIPULATION AND ORDER**
14      v.                          ) **CONTINUING STATUS CONFERENCE**
                                    ) **AND EXCLUDING TIME**
15 ISAIAS MALDONADO-SOLORIO,        )
                                    )
16                Defendant.        ) Date:  September 28, 2010
                                    ) Time:  9:30 a.m.
17 _____  ) Judge: Hon. John A. Mendez

18

19       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20 of America, and defendant, ISAIAS MALDONADO-SOLORIO, that the status

21 conference scheduled for September 7, 2010, may be continued to September

22 28, 2010, at 9:30 a.m.

23       The reason for this continuance is to allow defense counsel

24 additional time to review discovery with the defendant, to examine

25 possible defenses and to continue investigating the facts of the case.

26 The parties agree that the ends of justice to be served by a continuance

27 outweigh the best interests of the public and the defendant in a speedy

28 trial, and they ask the Court to exclude time under the Speedy Trial Act

from the date of this order through September 28, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: September 2, 2010       /s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for ISAIAS MALDONADO-SOLORIO

BENJAMIN B. WAGNER
United States Attorney

Dated: September 2, 2010       /s/ Michele Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to September 28, 2010, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through September 28, 2010.

IT IS SO ORDERED.

Dated: September 2, 2010       /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

Stip. & Order                             2