1  DANIEL J. BRODERICK, Bar #89424
Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
3  801 I Street, 3rd Floor
Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
ISAIAS MALDONADO-SOLORIO

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR-0125 JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| ISAIAS MALDONADO-SOLORIO, | |
| Defendant. | Date:  November 9, 2010<br>Time:  9:30 a.m.<br>Judge:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, ISAIAS MALDONADO-SOLORIO, that the status conference scheduled for September 28, 2010, may be continued to November 9, 2010, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act

1  from the date of this order through November 9, 2010, pursuant to 18

2  U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender

5

6  Dated:  September 24, 2010          /s/ Benjamin Galloway_____
                                           BENJAMIN GALLOWAY

7                                          Assistant Federal Defender
                                           Attorney for ISAIAS MALDONADO-SOLORIO

8

9                                          BENJAMIN B. WAGNER
                                           United States Attorney

10

11 Dated:  September 24, 2010          /s/ Michele Beckwith_____
                                           MICHELE BECKWITH

12                                         Assistant U.S. Attorney

13

14                          **O R D E R**

15

16      The status conference is continued to November 9, 2010, at 9:30 a.m.

   For the reasons set forth above, the court finds that the ends of justice

17 to be served by a continuance outweigh the best interests of the public

18 and the defendant in a speedy trial and therefore excludes time under the

19 Speedy Trial Act through November 9, 2010.

20      IT IS SO ORDERED.

21

22

   Dated: September 27, 2010          /s/ John A. Mendez_____

23                                         HON. JOHN A. MENDEZ
                                           United States District Judge

24

25

26

27

28